CRESCENT PARK TENANTS ASSOCIATION, INC., ETC., ET AL. v. CRESCENT PARK ASSOCIATES, ETC.

May 20, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 27)

CRESCENT PARK TENANTS ASSOCIATION, INC., ETC., ET AL. v. CRESCENT PARK ASSOCIATES, ETC.

May 20, 1986.

Cross-petition for certification granted.   (See 208 *N.J.Super.* 27)

JESSE EADDY v. DEPARTMENT OF TRANSPORTATION.

May 20, 1986.

Petition for certification granted.   (See 208 *N.J.Super.* 156)

FRANK DIBENEDETTO v. ESTATE OF ANTOINETTE DIBENEDETTO, DECEASED, ET AL. AND COMMERCIAL UNION INSURANCE COMPANY.

May 20, 1986.

Petition for certification granted.